# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FLORENCE ZABOKRITSKY | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| JETSMARTER, INC. | : | NO. 19-273 |

## ORDER

**NOW,** this 20th day of June, 2019, upon consideration of the Motion to Dismiss and Compel Arbitration by Defendant Jetsmarter, Inc. (Document No. 3), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED** to the extent that it seeks to compel arbitration.

**IT IS FURTHER ORDERED** as follows:

1. The parties shall submit their dispute to arbitration pursuant to the terms of the dispute resolution provision of the parties' agreement;

2. All proceedings in this action are **STAYED** pending arbitration of the plaintiff's claims; and,

3. The Clerk of Court shall **CLOSE** this action administratively.

/s/ TIMOTHY J. SAVAGE J.